DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
HENRY MARQUEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 06-0441-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING CASE AND EXCLUDING |
| v. | ) | TIME |
| | ) | |
| EFRAIN MEDINA, et al., | ) | Date:  January 12, 2007 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge:  Hon. Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States

Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant

Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT

M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR

GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ and HAYES H. GABLE, III,

attorney for ANDRES MAYORGA, that the status conference scheduled for

December 1, 2006, be continued to January 12, 2007, for a status conference.

This continuance is being requested because counsel needs additional time to

prepare, to review discovery and to interview witnesses.  This case arises

from a long term Title III investigation involving eight court-authorized wire interception orders.  The parties anticipate that discovery could include over one thousand pages of documents and hundreds of intercepted and recorded telephone calls.

   **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from December 1, 2006, through and including January 12, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T-4, based on the need for defense counsel to review discovery and adequately prepare, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.  This case has already been found to be complex by Magistrate Judge Kimberley J. Mueller.


   **IT IS SO STIPULATED.**

Dated:  November 30, 2006                DANIEL J. BRODERICK
                                         Federal Defender


                                         /S/ Dennis S. Waks
                                         DENNIS S. WAKS
                                         Supervising Assistant Federal Defender
                                         Attorney for Defendant
                                         HENRY MARQUEZ

Dated:  November 28, 2006
                                         /s/ Dennis S. Waks for
                                         _____
                                         DWIGHT M. SAMUEL
                                         Attorney for EFRAIN MEDINA


Dated:  November 28, 2006
                                         /s/ Dennis S. Waks for
                                         _____
_____              PETER KMETO
Dated:  November 28, 2006                Attorney for ARTHUR GOMES

                                         /s/ Dennis S. Waks for

Stipulation and Order            2

1

2                                              _____
                                               MICHAEL D. LONG
                                               Attorney for JAVIER MUNOZ
    Dated:  November 28, 2006
3

4                                              /s/ Dennis S. Waks for

5   _____            _____
                                               HAYES H. GABLE, III
                                               Attorney for ANDRES MAYORGA
6

7                                              McGREGOR W. SCOTT
                                               United States Attorney
8

9   Dated:  November 28 2006                   /S/ DENNIS S. WAKS for Phillip Talbert
                                               PHILLIP TALBERT
10                                             Assistant United States Attorney
                                               Counsel for Plaintiff
11

12                                    **O R D E R**

13           **IT IS SO ORDERED.**

14

15  Dated:  December 4, 2006

16
                                               _____
17                                             GARLAND E. BURRELL, JR.
                                               United States District Judge
18

19

20

21

22

23

24

25

26

27

28