DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
HENRY MARQUEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br>EFRAIN MEDINA, et al.,            )<br>                                  )<br>            Defendant.            )<br>                                  )<br>_____)  | No. Cr.S. 06-0441-GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING CASE AND EXCLUDING<br>TIME<br><br>Date:  February 9, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ and HAYES H. GABLE, III, attorney for ANDRES MAYORGA, that the status conference scheduled for January 12, 2007, be continued to February 9, 2007, for a status conference.  This continuance is being requested because counsel needs additional time to prepare, to review discovery and to interview witnesses.  This case arises

1  from a long term Title III investigation involving eight court-authorized
2  wire interception orders.  The parties anticipate that discovery could
3  include over one thousand pages of documents and hundreds of intercepted and
4  recorded telephone calls.

5      **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
6  be excluded from January 12, 2007, through and including February 9, 2007,
7  pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the
8  complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-
9  4, based on the need for defense counsel to review discovery and adequately
10 prepare, and based on a finding by the Court that the ends of justice served
11 by granting a continuance outweigh the best interest of the public and
12 defendant in a speedy trial.  This case has already been found to be complex
13 by Magistrate Judge Kimberley J. Mueller.

    **IT IS SO STIPULATED.**

Dated:  January 8, 2007                DANIEL J. BRODERICK
                                       Federal Defender


                                       /S/ Dennis S. Waks
                                       DENNIS S. WAKS
                                       Supervising Assistant Federal Defender
                                       Attorney for Defendant
                                       HENRY MARQUEZ

Dated:  January 8, 2007
                                       /s/ Dennis S. Waks for

                                       DWIGHT M. SAMUEL
                                       Attorney for EFRAIN MEDINA


Dated:  January 8, 2007
                                       /s/ Dennis S. Waks for

                                       PETER KMETO
                                       Attorney for ARTHUR GOMES
Dated:  January 8, 2007

                                       /s/ Dennis S. Waks for

Stipulation and Order                  2

```
                                        _____
                                        MICHAEL D. LONG
                                        Attorney for JAVIER MUNOZ
Dated:  January 8, 2007


                                        /s/ Dennis S. Waks for
                                        _____
                                        HAYES H. GABLE, III
                                        Attorney for ANDRES MAYORGA


                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated:  January 8, 2007                 /S/ DENNIS S. WAKS for Phillip Talbert
                                        PHILLIP TALBERT
                                        Assistant United States Attorney
                                        Counsel for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                                3