```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
HENRY MARQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 06-0441-GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. ) | |
| EFRAIN MEDINA, et al., ) | Date: April 6, 2007 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ and HAYES H. GABLE, III, attorney for ANDRES MAYORGA, that the status conference scheduled for February 9, 2007, be continued to April 6, 2007, for a status conference. This continuance is being requested because counsel needs additional time to prepare, to review discovery and to interview witnesses.  This case arises

from a long term Title III investigation involving eight court-authorized wire interception orders. The parties anticipate that discovery could include over one thousand pages of documents and hundreds of intercepted and recorded telephone calls.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from February 9, 2007, through and including April 6, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T-2, based on the complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, based on the need for defense counsel to review discovery and adequately prepare, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial. This case has already been found to be complex by Magistrate Judge Kimberley J. Mueller.

**IT IS SO STIPULATED.**

Dated: February 7, 2007            DANIEL J. BRODERICK
                                   Federal Defender


                                   /S/ Dennis S. Waks
                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
                                   Attorney for Defendant
                                   HENRY MARQUEZ

Dated: February 7, 2007
                                   /s/ Dennis S. Waks for

                                   DWIGHT M. SAMUEL
                                   Attorney for EFRAIN MEDINA

Dated: February 7, 2007
                                   /s/ Dennis S. Waks for

                                   PETER KMETO
                                   Attorney for ARTHUR GOMES

Dated: February 7, 2007

                                   /s/ Dennis S. Waks for

Stipulation and Order              2

```
                                    _____
                                    MICHAEL D. LONG
                                    Attorney for JAVIER MUNOZ
Dated:  February 7, 2007

                                    /s/ Dennis S. Waks for
                                    _____
                                    HAYES H. GABLE, III
                                    Attorney for ANDRES MAYORGA


                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated:  February 7, 2007            /S/ DENNIS S. WAKS for Phillip Talbert
                                    PHILLIP TALBERT
                                    Assistant United States Attorney
                                    Counsel for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                 3