```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5

6  Attorney for Defendant
   HENRY MARQUEZ
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 06-0441-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING CASE AND EXCLUDING |
| v. ) | TIME |
| ) | |
| EFRAIN MEDINA, et al., ) | Date:  June 29, 2007 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ, HAYES H. GABLE, III, attorney for ANDRES MAYORGA and ADAM D. FEIN, attorney for DONALD HAYLES, that the status conference scheduled for May 18, 2007, be continued to June 29, 2007, for a status conference.  This continuance is being requested because counsel needs additional time to prepare, to review discovery and to

interview witnesses.  This case arises from a long term Title III investigation involving eight court-authorized wire interception orders.  The parties anticipate that discovery could include over one thousand pages of documents and hundreds of intercepted and recorded telephone calls.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from May 18, 2007, through and including June 29, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, based on the need for defense counsel to review discovery and adequately prepare, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.  This case has already been found to be complex by Magistrate Judge Kimberley J. Mueller.

**IT IS SO STIPULATED.**

Dated:  May 11, 2007           DANIEL J. BRODERICK
                               Federal Defender


                               /S/ Dennis S. Waks
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for Defendant
                               HENRY MARQUEZ

Dated:  May 11, 2007
                               /s/ Dennis S. Waks for

                               _____
                               DWIGHT M. SAMUEL
                               Attorney for EFRAIN MEDINA

Dated:  May 11, 2007
                               /s/ Dennis S. Waks for

                               _____
                               PETER KMETO
                               Attorney for ARTHUR GOMES
Dated:  May 11, 2007

                               /s/ Dennis S. Waks for

Stipulation and Order              2

```
                                   _____
                                   MICHAEL D. LONG
                                   Attorney for JAVIER MUNOZ
Dated:  May 11, 2007

                                   /s/ Dennis S. Waks for
                                   _____
                                   HAYES H. GABLE, III
                                   Attorney for ANDRES MAYORGA

Dated:  May 11, 2007
                                   /s/ Adam D. Fein
                                   _____
                                   ADAM D. FEIN
                                   Attorney for DONALD HAYLES


                                   McGREGOR W. SCOTT
                                   United States Attorney


Dated:  May 11, 2007               /S/ DENNIS S. WAKS for Phillip Talbert
                                   PHILLIP TALBERT
                                   Assistant United States Attorney
                                   Counsel for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                          3