DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HENRY MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 06-0441-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING CASE AND EXCLUDING |
| v. | ) | TIME |
| | ) | |
| EFRAIN MEDINA, et al., | ) | Date: September 14, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ, HAYES H. GABLE, III, attorney for ANDRES MAYORGA and ADAM D. FEIN, attorney for DONALD HAYLES, that the status conference scheduled for August 17, 2007, be continued to September 14, 2007, for a status conference.  This continuance is being requested because counsel needs additional time to prepare, to review discovery and to interview witnesses.  This case arises from a long term Title III investigation involving eight court-authorized wire interception

orders.  The parties anticipate that discovery could include over one thousand pages of documents and hundreds of intercepted and recorded telephone calls.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from August 17, 2007, through and including September 14, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, based on the need for defense counsel to review discovery and adequately prepare, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.  This case has already been found to be complex by Magistrate Judge Kimberley J. Mueller.

**IT IS SO STIPULATED.**

Dated: August 14, 2007          DANIEL J. BRODERICK
                                Federal Defender


                                /S/ Dennis S. Waks
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                HENRY MARQUEZ

Dated: August 14, 2007
                                /s/ Dennis S. Waks for

                                DWIGHT M. SAMUEL
                                Attorney for EFRAIN MEDINA


Dated: August 14, 2007
                                /s/ Dennis S. Waks for

                                PETER KMETO
                                Attorney for ARTHUR GOMES
Dated: August 14, 2007

                                /s/ Dennis S. Waks for

                                MICHAEL D. LONG
                                Attorney for JAVIER MUNOZ
Dated: August 14, 2007

                                /s/ Dennis S. Waks for

Stipulation and Order                    2

```
                                    _____
                                    HAYES H. GABLE, III
                                    Attorney for ANDRES MAYORGA

Dated:  August 14, 2007
                                    /s/ Adam D. Fein
                                    _____
                                    ADAM D. FEIN
                                    Attorney for DONALD HAYLES


                                    McGREGOR W. SCOTT
                                    United States Attorney


August 14, 2007                     /S/ DENNIS S. WAKS for Phillip Talbert
                                    PHILLIP TALBERT
                                    Assistant United States Attorney
                                    Counsel for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated:  August 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                  3