1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5

   Attorney for Defendant
6  HENRY MARQUEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,     )  No. Cr.S. 06-0441-GEB
                                 )
13           Plaintiff,           )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING CASE AND EXCLUDING
14     v.                        )  TIME
                                 )
15 EFRAIN MEDINA, et al.,        )  Date:  November 30, 2007
                                 )  Time:  9:00 a.m.
16           Defendant.           )  Judge: Hon. Garland E. Burrell, Jr.
                                 )
17 _____)

18
           **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney PHILLIP TALBERT, counsel for Plaintiff, and Supervising Assistant
20
   Federal Defender, DENNIS S. WAKS, counsel for Defendant HENRY MARQUEZ, DWIGHT
21
   M. SAMUEL, attorney for EFRAIN MEDINA, PETER KMETO, attorney for ARTHUR
22
   GOMES, MICHAEL D. LONG, attorney for JAVIER MUNOZ, HAYES H. GABLE, III,
23
   attorney for ANDRES MAYORGA and ADAM D. FEIN, attorney for DONALD HAYLES,
24
   that the status conference scheduled for October 12, 2007, be continued to
25
   November 30, 2007, for a status conference.  This continuance is being
26
   requested because counsel needs additional time to prepare, to review
27
   discovery and to interview witnesses.  This case arises from a long term
28
   Title III investigation involving eight court-authorized wire interception

orders. The parties anticipate that discovery could include over one thousand pages of documents and hundreds of intercepted and recorded telephone calls.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from October 12, 2007, through and including November 30, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T-2, based on the complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, based on the need for defense counsel to review discovery and adequately prepare, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial. This case has already been found to be complex by Magistrate Judge Kimberley J. Mueller.

**IT IS SO STIPULATED.**

Dated: October 10, 2007            DANIEL J. BRODERICK
                                   Federal Defender


                                   /S/ Dennis S. Waks
                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
                                   Attorney for Defendant
                                   HENRY MARQUEZ

Dated: October 10, 2007
                                   /s/ Dennis S. Waks for

                                   DWIGHT M. SAMUEL
                                   Attorney for EFRAIN MEDINA

Dated: October 10, 2007
                                   /s/ Dennis S. Waks for

                                   PETER KMETO
                                   Attorney for ARTHUR GOMES

Dated: October 10, 2007
                                   /s/ Dennis S. Waks for

                                   MICHAEL D. LONG
                                   Attorney for JAVIER MUNOZ

Dated: October 10, 2007
                                   /s/ Dennis S. Waks for

Stipulation and Order              2

```
                                    _____
                                    HAYES H. GABLE, III
                                    Attorney for ANDRES MAYORGA

Dated:  October 10, 2007
                                    /s/ Adam D. Fein
                                    _____
                                    ADAM D. FEIN
                                    Attorney for DONALD HAYLES


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:  October 10, 2007         ___/S/ DENNIS S. WAKS for Phillip Talbert
                                    PHILLIP TALBERT
                                    Assistant United States Attorney
                                    Counsel for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge