1   HAYES H. GABLE III
    Attorney at Law
2   State Bar No. 60368
    428 J Street, Suite 350
3   Sacramento, CA 95814
    (916) 446-3331
4   Fax: (916) 447-2988

5   Attorney for Defendant
    ANDRES MAYORGA
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,              Cr. S-06-441 GEB
12
                     Plaintiff,            **STIPULATION   AND   [PROPOSED]**
13                                         **ORDER   RE:   CONTINUANCE   OF**
                                           **STATUS CONFERENCE AND**
14       vs.                               **EXCLUSION OF TIME UNDER**
                                           **SPEEDY TRIAL ACT**
15  **ANDRES MAYORGA,**

16                   Defendant(s).         Hon. Garland E. Burrell, Jr.

17

18                            **STIPULATION**

19        Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Jill Thomas, and defendant Andres Mayorga, by and through his counsel, Hayes H.

21  Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action,

22  March 21, 2008, and to continue the matter to April 4, 2008, at 9:00 a.m., for status conference.

23        The reason for this continuance is that the government and defendant continue to

24  negotiate a resolution of this case and the additional time is necessary to complete these

25  negotiations.  The parties further agree and stipulate that the period for the filing of this

26  stipulation until April 4, 2008, should be excluded in computing time for commencement of trial

27  under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161 (h) (8) (B)

28  (iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for

    effective presentation.

1    It is further agreed and stipulated that the need of defense counsel to prepare exceeds the

2  public's interest in commencing trial within 70 days.

3    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

4

5  IT IS SO STIPULATED

6  DATE: March 20, 2008

7                                       s/Hayes H. Gable, III
                                        **HAYES H. GABLE, III**
                                        Attorney for Defendant
8                                       **ANDRES MAYORGA**

9
   DATE: March 20, 2008
10                                       s/Hayes H. Gable, III for
                                        **JILL THOMAS**
11                                      Asst. U.S. Attorney

12

13                  **ORDER FINDING EXCLUDABLE TIME**

14    For the reasons set forth in the accompanying stipulation and declaration of counsel filed

15  under seal, the status conference in the above-entitled action is continued to April 4, 2008 at 9:00

16  a.m.  The court finds excludable time in this matter from March 21, 2008, through April 4, 2008,

17  under 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4, to allow continuity of counsel and to

18  allow reasonable time necessary for effective presentation.  For the reasons stipulated by the

19  parties, the Court finds that the interest of justice served by granting the requested continuance

20  outweigh the best interests of the public and the defendant in a speedy trial.

21  IT IS SO ORDERED.

22  Dated:  March 20, 2008

23

24  _____

25  GARLAND E. BURRELL, JR.
    United States District Judge

26

27

28

- 2 -